# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stewart, Carl E. | United States Fifth Circuit Court of Appeals | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Chief Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Tom Stagg United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, Louisiana 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | LSU Health Shreveport Feist-Weiller Cancer Center |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas School of Law | 01/26/2017 -- 01/27/2017 | Austin, Texas | Diversity Day at University of Texas School of Law Luncheon Speaker | Transportation, lodging, and meals |
| 2. | Federal Judicial Center | 02/31/2017 -- 02/1//2017 | Lexington, Kentucky | FJC Dedication of the Heyburn Center | Transportation, lodging, and meals |
| 3. | El Paso Bar Association | 02/10/2017 -- 02/10/2017 | New Orleans, Louisiana | CLE Presenter | N/A |
| 4. | The Chester Bedell Inn of Court | 02/15/2017 -- 02/16//2017 | Jacksonville, Florida | Joint Inns of Court Meeting Speaker | Transportation and lodging |
| 5. | National Association of Bankruptcy Trustees | 03/02/2017 -- 03/05/2017 | Rio Grande, Puerto Rico | NABT Spring Seminar Participant | Transportation, lodging, and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stewart, Carl E. | 05/15/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federal Judicial Center/New York University School of Law | 03/07/2017 -- 03/10/2017 | New York, New York | FJC/NYU Employment Law Seminar for Judges | Transportation, lodging, and meals |
| 7. | Loyola University New Orleans College of Law | 03/29/2017 -- 03/30/2017 | New Orleans, Louisiana | The Judge Robert A. Ainsworth, Jr. Memorial Lecture Series Speaker | Transportation and lodging |
| 8. | New Orleans Bench Bar Association | 03/31/2017 -- 04/02/2017 | New Orleans, Louisiana | Conference Presenter/ Speaker | Transportation, lodging, and meals |
| 9. | American Inns of Court Foundation | 04/04/2017 -- 04/07/2017 | London, England | AIC Middle Temple Bench Bar Call/Honorary Bencher of the Middle Temple | Transporation and lodging |
| 10. | The James Kent/I'Anson Hoffman Joint Inns of CourtNinth Circuit Joint Inns of Court | 04/19/2017 -- 04/20/17 | Norfolk, Virginia | Meeting Keynote Speaker | Transportation and lodging |
| 11. | American Inns of Court Foundation | 05/11/2017 -- 05/12/17 | Tampa, Florida | Joint Inn Meeting Speaker | Transportation, and lodging |
| 12. | Capital Area Bar Association | 05/18/2017 -- 05/18/2017 | Jackson, Mississippi | Luncheon Keynote Speaker | Transportation and lodging |
| 13. | American Inns of Court Foundation | 05/19/2017 -- 05/20/2017 | Atlanta, Georgia | Spring Board Meeting | Transportation and lodging |
| 14. | State Bar of Texas | 06/21/2017 -- 06/23/2017 | Dallas, Texas | Law Practice Management Section Speaker | Transportation and lodging |
| 15. | American Inns of Court Foundation | 06/30/2017 -- 07/05/2017 | London, England | AIC Amity Visit to London | Transportation and lodging |
| 16. | Mississippi Bar Association | 07/12/2017 -- 07/14/2017 | San Destin, Florida | Meeting Participant | Transportation, lodging, and meals |
| 17. | American Inns of Court Foundation | 09/13/2017 -- 09/16/2017 | Washington, D.C. | AIC Middle Temple Amity Visit to Washington, D.C. | Lodging only |
| 18. | Mississippi Bar Association | 09/26/2017 -- 09/28/2017 | Jackson, Mississippi | Bicentennial of Mississippi Judiciary and Legal Profession/Moot Court Competition | Transportation, lodging, and meals |
| 19. | American Inns of Court Foundation | 09/29/2017 -- 10/04/2017 | London, England | AIC Fall Visit to Middle Temple and Opening of the Legal Year | Transportation and lodging |
| 20. | American Inns of Court Foundation | 10/19/2017 -- 10/22/2017 | Washington, D.C. | AIC Fall Meeting and Celebration of Excellence | Transportation and lodging |
| 21. | Federal Judicial Center | 11/01/2017 -- 11/03/2017 | Washington, D.C. | FJC National Symposium for United States Court of Appeals Judges | Transportation, lodging, and meals |
| 22. | Harvard Law School | 11/13/2017 -- 11/15/2017 | Cambridge, Massachusetts | Ames Moot Court Competition Judge | Transportation, lodging, and meals |
| 23. | Newseum Institute | 11/15/2017 -- 11/16/2017 | New Orleans, Louisiana | Jusitce and Journalism Program Participant | Transportation, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2018 |

| 24. | Tarrant County Bar Association | 11/28/2017 -- 11/29/2017 | Fort Worth, Texas | Bar Luncheon Speaker | Trnasportation and lodging |
|---|---|---|---|---|---|
| 25. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA (Post Office Employee Credit Union) | A | Interest | L | T | | | | | |
| 2. IRA (Post Office Employee Credit Union) | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl E. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544